## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE **WEINSTEIN**  DATE: **8/15/16**  TIME **11:45 am**

DOCKET NUMBER: **CR14-612**  TITLE **U.S.A. -v- Doe**

DEFT. NAME: **John Doe**  DEFT.# _____
____Present  ✓ Not Present ____In custody ____On Bail

ATTY. FOR DEFT: **G. Villanueva**
✓ Present ____Not Present

DEFT. NAME: _____ DEFT.# _____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____ DEFT.# _____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____ DEFT.# _____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____ DEFT.# _____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

ASST. U.S. ATTORNEY **Sam Nitze**  DEPUTY CLERK: **JUNE LOWE**

COURT REPORTER **A. Montalvo**  ESR REPORTER _____

INTERPRETER _____ OTHER _____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

✓ _____ Case called.

_____ PTC Held. _____PTC ADJOURNED TO_____at_____

_____ Pretrial Order signed.

____✓____ MOTION CONFERENCE held on _____

motion ~~to~~/for __courtroom closure__

Arguments heard

    ____✓____ Motion granted.    (MOTGR____)

    _____ Motion denied.    (MOTDN____)

    _____ Decision RESERVED.

    _____ Decision ENTERED ON THE RECORD.

    _____ Hearing adjourned to _____

_____

_____

_____

_____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____    Start Date:_____

                            Stop Date:_____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER:_____

_____

_____

_____

_____