GARY S. VILLANUEVA

ATTORNEY AT LAW

11 PARK PLACE, SUITE 1601

NEW YORK, NEW YORK 10007

(212) 219-0100

FAX (212) 219-3701

GARYVILLANUEVA@AOL.COM

December 1, 2017

TO BE FILED UNDER SEAL

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. John Doe
        Criminal Docket No. 14-612 (JBW)

Dear Judge Weinstein:

I represent the defendant in the above referenced matter. I write to respectfully request an adjournment of the sentencing which is presently scheduled for December 11, 2017. We request the adjournment in order to collect and present to the Court information relevant to 18 U.S.C. § 3553(a) sentencing factors. We request a date convenient to the Court in mid-January. The government, through assistant United State Attorney Seth DuCharme, consents to the adjournment.

If convenient to the court, I respectfully request the matter be adjourned to January 10, 12, 16, or 17th, 2017, or a date thereafter convenient with the Court.

Thank you for your consideration in this matter.

Respectfully submitted,

*Gary S. Villanueva*

Gary S. Villanueva

Cc: A.U.S.A. Seth DuCharme (By ECF & email)