```
                                                    FILED
                                               IN CLERK'S OFFICE
                                          U.S. DISTRICT COURT E.D.N.Y.
                                          ★   JUN 2 5 2018   ★
                                               BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

— against —

JOHN DOE,

        Defendant.

---

14-CR-00612-001
PRE-SENTENCE ORDER

**Jack B. Weinstein, Senior United States District Judge:**

The court has the letter of the United States Attorney for the Eastern District of New York dated June 22, 2018. The court will hear evidence of the three experts named: Dr. Kostas Katsavdakis, Mr. Moustafa Ayad, and Mr. Seamus Hughes.

If they will issue reports on their prepared testimony, the court would appreciate receiving them as soon as possible.

The court expects to allow the public to be present at sentencing. If the parties wish any exhibit, testimony, or argument sealed, an application to seal, either in whole or in part, should be made now. It is the court's present view that the public has an interest in being present at sentencing. If a party disagrees, or wishes some sort of non-public presentation of information, it or he should by sealed letter inform this court forthwith.

SO ORDERED.

_Jack B. Weinstein_
Jack B. Weinstein
Senior United States District Judge

Dated:  June 25, 2018
       Brooklyn, New York

